Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

> Case No.: 16−30361−RG  
> Chapter: 7  
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James W. Friedle  
   482 Colorado Ave. West  
   Brick, NJ 08724

Social Security No.:  
   xxx−xx−5598

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/9/17 at 11:00 AM

to consider and act upon the following:

*24* − Motion to Reinstate Case Filed by James W. Friedle. Hearing scheduled for 1/17/2017 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (slm)

*26* − Document re: Letter from debtor requesting hearing on January 17, 2017 be moved to January 9, 2017. filed by James W. Friedle. (smz)


Dated: 1/3/17

> James J. Waldron  
> Clerk, U.S. Bankruptcy Court