Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–30361–RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James W. Friedle
  482 Colorado Ave. West
  Brick, NJ 08724

Social Security No.:
  xxx–xx–5598

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/9/17 at 11:00 AM

to consider and act upon the following:

*24* – Motion to Reinstate Case Filed by James W. Friedle. Hearing scheduled for 1/17/2017 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (slm)

*26* – Document re: Letter from debtor requesting hearing on January 17, 2017 be moved to January 9, 2017. filed by James W. Friedle. (smz)

Dated: 1/3/17

James J. Waldron
Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                           District of New Jersey
```

In re:                                                      Case No. 16-30361-RG
James W. Friedle                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1          Date Rcvd: Jan 03, 2017
                            Form ID: ntchrgbk       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
db             +James W. Friedle,   482 Colorado Ave. West,   Brick, NJ 08724-1404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee for
           SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
           SERIES 2006-AB1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeffrey  Lester   on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
          Jeffrey  Lester   jlester@bllaw.com,  NJ19@ecfcbis.com
                                                                          TOTAL: 3