Form 149 – ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−30361−RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James W. Friedle
   482 Colorado Ave. West
   Brick, NJ 08724

Social Security No.:
   xxx−xx−5598

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING**
**AN ORDER OF DISMISSAL**

    NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 12/01/2016 has been vacated effective 01/09/2017.

Dated: January 9, 2017
JAN: kat

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-30361-RG
James W. Friedle                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 09, 2017
                              Form ID: 149    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2017.
db           +James W. Friedle,    482 Colorado Ave. West,    Brick, NJ 08724-1404
516462540    +US Bank MLMI Surf Trust,    482 Colorado Ave. W,    Brick, NJ 08724-1404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2017 23:06:34     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2017 23:06:31     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                                                 TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2006-AB1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Jeffrey   Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com,    NJ19@ecfcbis.com
        Jeffrey   Lester    jlester@bllaw.com,    NJ19@ecfcbis.com
                                                                                                                      TOTAL: 3