UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JAMES W FRIEDLE
482 COLORADO AVE W
BRICK NJ 08724

**FILED**
JEANNE A. NAUGHTON, CLERK

JAN 0 9 2017

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

JAMES W FRIDLE

Case Number: 16-30361

Hearing Date: 1/9/17

Judge: R. GAMBARDELLA

Chapter: 7

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER REINSTATING

☑ CASE    ☑ AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

1-9-17

_Rosemary Gambardella_
USBJ

This matter having been presented to the Court by _____JAMES FRIEDLE_____ and, for good cause it is

ORDERED that:

[X] the Order of Dismissal filed on __12/1/16__ is vacated and the case shall be reinstated.

[ ] the Order Vacating the Automatic Stay filed on _____ is vacated and the automatic stay is reinstated.

rev.6/1/06; jml

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-30361-RG
James W. Friedle                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1           Date Rcvd: Jan 09, 2017
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
db            +James W. Friedle,    482 Colorado Ave. West,    Brick, NJ 08724-1404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2006-AB1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey   Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,   NJ19@ecfcbis.com
              Jeffrey   Lester    jlester@bllaw.com,   NJ19@ecfcbis.com
                                                                                              TOTAL: 3