UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: James Friedle

Case No.: 16-30361 RG
Chapter: 7
Judge: Hon R Gambardella

### NOTICE OF PROPOSED ABANDONMENT

__Jeffrey A. Lester__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __March 28, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 482 Colorado Ave. West, Brick, NJ    Value about $235,000

Liens on property:    Nationstar Mortgage    Balance about $245,000

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
James W. Friedle
    Debtor

Case No. 16-30361-RG
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Feb 27, 2017
                              Form ID: pdf905           Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
```
db              +James W. Friedle,    482 Colorado Ave. West,    Brick, NJ 08724-1404
516462540       +US Bank MLMI Surf Trust,    482 Colorado Ave. W,    Brick, NJ 08724-1404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2017 21:49:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2017 21:49:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516666341       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 21:48:40      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2006-AB1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,    NJ19@ecfcbis.com
              Jeffrey  Lester    jlester@bllaw.com,    NJ19@ecfcbis.com
                                                                                              TOTAL: 3
```