U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 MAR 29  P 2: 55

BY: I. Vargas
DEPUTY CLERK

IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

CHAPTER 7
CASE NO. 16-30361 RG

IN THE MATTER OF:

James W. Friedle

DEBTOR

TO: KML LAW GROUP P.C.
ATTORNEYS FOR US BANK NATIONAL
ASSOCIATION, TRUSTEE FOR NAMI SURF
TRUST SERIES 2006-AB1

LESTER, JEFFREY
374 Main Street
Hackensack, NJ 07601-5897

DEFENDANTS, DEBTOR'S ANSWER TO PLAINTIFF'S MOTION FOR RELIEF OF AUTOMATIC STAY

I THE DEBTOR, JAMES FRIEDLE, OBJECT TO THE PLAINTIFF'S MOTION FOR RELIEF.

The Debtor does not have sufficient information to deny or admit to allegations in the motion by plaintiff.

WHEREFORE, the Debtor requests that the Court deny the Plaintiff's Motion for Relief and award time to pursue other remedies as the Court deems appropriate.

I the debtor ask the court to deny motion of relief at this time and allow the discharge to conclude so that I may possibly pursue remedy under another Chapter.

JAMES FRIEDLE, DEBTOR
482 COLORADO AVE WEST
BRICK, NJ 08724
201-214-8289

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | U.S. BANKRUPTCY COURT FILED NEWARK, NJ |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | 2017 MAR 29 P 2: 55 |
| KML LAW GROUP PC, DENISE CARLON ATTORNEY FOR PLAINTIFF US BANK AS TRUSTEE 216 HADDON AVE STE 406 WESTMONT NJ 08108 | BY: _____ DEPUTY CLERK |
| | Case No.: 16-30361 RG |
| | Chapter: 7 |
| In Re: JAMES FRIEDLE DEBTOR, DEFENDANT | Adv. No.: _____ Hearing Date: _____ Judge: R. GAMBARDELLA |

## CERTIFICATION OF SERVICE

1. I, **James Friedle**

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the  **DEBTOR, PRO SE**  in this case and am representing myself.

2. On  **3/27/2017** , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/27/2017                    JAMES W FRIEDLE
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US BANKRUPTCY COURT<br>HON. R. GAMBARDELLA<br>50 WALNUT ST<br>NEWARK NJ 07102 | COURT JUDGE | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML LAW GROUP, DENISE CARLON<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 | PLAINITFF ATTORNEY | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JEFFERY LESTER, TRUSTEE<br>374 MAIN ST<br>HACKENSACK, NJ 07601 | CHAPTER 7 TRUSTEE | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |